**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02284-JLK

TIMOTHY BRANSTETTER,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC., a Minnesota corporation,

    Defendant.

---

**ORDER VACATING JUDGMENT AND DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulated Motion to Vacate the Judgment and Dismiss the Case with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that the Judgment entered on December 15, 2011 is vacated and this case and all claims asserted therein is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                            BY THE COURT:

January 13, 2012        *s/John L. Kane*
DATE                         JOHN L. KANE
                                U.S. DISTRICT JUDGE